UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Timothy Brian Flessner,

        Plaintiff,

v.

People of the State of Michigan et al.,

        Defendants.
_____/

Case No. 1:19-cv-1035

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c). Plaintiff's pendent state law claims are dismissed without prejudice.

Dated:  February 14, 2020              /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge